UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NEW LENOX INDUSTRIES, INC., a Florida
corporation,

        Plaintiff,

-vs-                                                      Case No.  5:06-cv-184-Oc-10GRJ

CHARLES H. FENTON, an individual,
AIRBELT SYSTEMS, LLC.,

        Defendants.
_____

**O R D E R**

On April 28, 2006, the Plaintiff initiated this breach of contract and fraud action against the Defendants by filing a six-count Complaint in the Circuit Court of the Fifth Judicial Circuit In and For Marion County, Florida (Doc. 2).  The Defendants removed the case to this Court on the basis of diversity jurisdiction on May 31, 2006, (Doc. 1), and soon thereafter moved to dismiss the entire Complaint on various grounds, including lack of personal jurisdiction  (Doc. 5).  On August 30, 2006, the Court authorized the Plaintiff to engage in limited jurisdictional discovery, and permitted both parties to file supplemental memoranda  (Doc. 23).  The parties did so on October 30, 2006 (Docs. 44, 45).

On February 23, the United States Magistrate Judge issued a report (Doc. 48) recommending that the Defendants' Motion to Dismiss, Or Alternatively, For A More Definite Statement (Doc. 5) be denied in all respects other than as to Count V of the Complaint, the claim for unjust enrichment.  The Defendants have filed objections to the

Magistrate Judge's report and recommendation, (Doc. 50),again urging dismissal of all claims, and the Plaintiff has filed a memorandum in opposition to the Defendants' objections (Doc. 53).

Upon due consideration and an independent examination of the record, the Defendants' objections, and the Plaintiff's response in opposition, the Court concludes that the Magistrate Judge's report and recommendation is due to be adopted, confirmed, and made a part of this Order.  The Defendants' objections focus on two areas: (1) the Magistrate Judge erred in finding personal jurisdiction under Florida's long-arm statute, Fla. Stat. § 48.193, because the alleged contract which is at the heart of this case was not capable of being performed in Florida; and (2) the Plaintiff has failed to plead any facts demonstrating that the applicable statute of limitations has not yet expired.  The Court has considered both of the Defendants' arguments and finds them to be without merit.  The Magistrate Judge's well-reasoned report addressed both of these contentions, and carefully and correctly addressed each of the Plaintiff's claims and all challenges to them.

Accordingly, and upon due consideration, it is hereby ordered and adjudged that:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 48) is adopted, confirmed, and made a part hereof;

(2) The Defendants Charles H. Fenton's and Airbelt Systems, LLC's Objections (Doc. 50) are OVERRRULED;

(3) The Defendants' Motion to Dismiss, Or Alternatively, For a More Definite Statement is GRANTED IN PART AND DENIED IN PART.  Count V of the Plaintiff's

Complaint, which asserts a claim for unjust enrichment, is DISMISSED.  In all other respects the Defendants' Motion to Dismiss, Or Alternatively, For a More Definite Statement is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 1st day of May, 2007.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record