**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

NEW LENOX INDUSTRIES, INC., a
Florida corporation,
         Plaintiff,

vs.                                  CASE NO.:  5:06-cv-184-Oc-10GRJ

CHARLES H. FENTON, an individual, and
AIRBELT SYSTEMS, LLC.

         Defendants.
_____/

## UNOPPOSED MOTION OF CONWELL SUKHIA & KIRKPATRICK, P.A. TO WITHDRAW AND REQUEST FOR 30 DAY STAY

CONWELL, SUKHIA & KIRKPATRICK, P.A. ("CSK") hereby moves to withdraw as counsel for Plaintiff, New Lenox Industries, Inc. ("NLI").  As grounds for said withdrawal CSK alleges:

Florida Rule of Professional Conduct 4-1.16(b) provides [in part] that an attorney may withdraw if:

    (2)   the client insists upon taking action that the lawyer considers . . . imprudent, or which the lawyer has a fundamental disagreement; [or]

    (4)   the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client.

Both of these provisions are applicable here.  CSK has a fundamental disagreement with NLI regarding the case and CSK's continued representation of NLI would create an unreasonable financial burden upon CSK.

The undersigned counsel has conferred with NLI and NLI consents to the withdrawal of CSK.  Moreover, NLI is being served with a copy of this Motion.

NLI requests a thirty day stay of this case in order to obtain new counsel. Opposing counsel does not object to this request so long as the deadlines currently in place are extended in light of the stay.

WHEREFORE, Conwell Sukhia & Kirkpatrick, P.A. requests the entry of an order allowing Conwell Sukhia & Kirkpatrick, P.A. to withdraw from representing NLI in this matter and NLI requests a thirty day stay of this case to give NLI sufficient time to obtain new counsel.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

I CERTIFY that co-Plaintiff's counsel, G. Wrede Kirkpatrick, Esq., has conferred with Dennis D. Leone, Esq., attorney for the Defendants, in a good faith attempt to resolve the issues raised by this motion and that Defendants' counsel consents to the relief requested herein as indicated above.

DATED: December 21, 2007

By: /s/ G. Donovan Conwell, Jr.
G. Donovan Conwell, Jr.
Florida Bar No.: 371319
G. Wrede Kirkpatrick
Florida Bar No: 0984116
Conwell, Sukhia & Kirkpatrick, P.A.
2701 N. Rocky Point Drive, Suite 1200
Tampa, FL 33607
(813) 282-8000; (813) 282-8800 fax
dconwell@csklawfirm.com
wkirkpatrick@csklawfirm.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Dennis D. Leone, Esq., Shankman, Leone & Westerman, P.A., 215 W. Verne Street, Suite A, Tampa, FL 33606; and undersigned counsel has emailed and mailed a copy of this motion to New Lenox Industries, Inc., c/o Michael Barnes, 19101 SW 92 Loop, Dunnellon, FL 33432 this 21st day of December, 2007.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ G. Donovan Conwell, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　G. Donovan Conwell, Jr.