UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO.: 5:06-CV-184-OC-10GRJ

**NEW LENOX INDUSTRIES, INC.,**
a Florida corporation,

       Plaintiff,

vs.

**CHARLES H. FENTON**, an individual,
**AIRBELT SYSTEMS, LLC,**

       Defendants.

_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

The law firm of KAHN, CHENKIN & RESNIK, P.L., files this their Motion to Withdraw and states:

1.    The law firm of KAHN, CHENKIN & RESNIK, P.L. has been attorney of record for **Plaintiff NEW LENOX INDUSTRIES, INC.** ("**NEW LENOX**"), party in the above-styled lawsuit.

2.    Irreconcilable differences have arisen and the undersigned law firm can no longer represent **NEW LENOX.**

3.    In addition to the irreconcilable differences, **NEW LENOX** has failed to fulfill material obligations to the law firm and a conflict now exists between the undersigned counsel and **NEW LENOX** that make it impossible for the undersigned counsel to fulfill his obligation to **NEW LENOX** and as a member of the Florida Bar.

4.     The undersigned law firm requests that this Court enter an Order approving the withdrawal of KAHN, CHENKIN & RESNIK, P.L., as counsel for **NEW LENOX** and further providing that all future pleadings in this lawsuit be forwarded directly to **NEW LENOX**, or to counsel who has or may appear on behalf of **NEW LENOX**. The last known address of **NEW LENOX** is: 6520 S.W. 201st Avenue, Dunnellon, Florida 34431.

WHEREFORE, KAHN, CHENKIN & RESNIK, P.L., requests that this Court grant its Motion to Withdraw and allow its withdrawal as counsel for **NEW LENOX INDUSTRIES, INC.**, in the above-styled lawsuit, together with any other relief deemed appropriate.

Respectfully submitted,

KAHN, CHENKIN & RESNIK, P.L.
Attorneys for Plaintiff
**NEW LENOX INDUSTRIES, INC.**
1815 Griffin Road
Suite 207
Dania, Florida 33004
(954) 321-0176
(954) 321-0177 - Fax

By:___s/Howard N. Kahn_____
        HOWARD N. KAHN, ESQ.
        Fla. Bar No: 0724416

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/EFC. I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the attached service list in the manner specified, either *via* transmission of Notices of Electronic Filing generated by CM/EFC or in some other authorized manner for those counsel or parties who are not authorized to receive electronic notices of filing.

By: s/Howard N. Kahn
HOWARD N. KAHN, ESQ.

**Service List**
**Via Notice of Electronic Filing:**
Dennis D. Leone, Esq.
dleone@slw-law.com
Shankman, Leone & Westerman, P.A.
Counsel for Defendants Charles H. Fenton
and Airbelt Systems, LLC
609 E. Jackson Street, Suite 100
Tampa, Florida 33602
Tel: (813) 258-1099
Fax: (813) 258-1040

**Via U.S. Mail and E-Mail**
New Lenox Industries, Inc.
c/o Mike Barnes, President
6520 S.W. 201st Avenue
Dunnellon, Florida 34431
mikebarnes@ultrablu.net
techlight@bellsouth.net